CASPER W. DEAN, Appellant, *v.* F. R. LONG COMPANY, Respondent.

*Dean* v. *Long Company,* 132 App. Div. 925, affirmed.
(Argued October 25, 1910; decided November 15, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for services alleged to have been rendered by plaintiff's assignor, a foreign corporation. The dismissal was upon the ground that plaintiff's assignor had not procured the required license to transact business within this State.

*Henry H. Bowman* and *Harold H. Bowman* for appellant.

*Nelson Zabriskie* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.